**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2055**

KATRINA LYNN CAUDILL,

    Plaintiff - Appellant,

  v.

CCBCC, INC., a corporation,

    Defendant - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  John T. Copenhaver, Jr., District Judge.  (2:08-cv-01202)

Submitted:  June 4, 2010     Decided:  June 29, 2010

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Douglas Witten, Donald C. Wandling, AVIS, WITTEN & WANDLING, L.C., Logan, West Virginia, for Appellant.  Eric W. Iskra, Alyesha P. Asghar, SPILMAN THOMAS & BATTLE, PLLC, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Katrina Lynn Caudill appeals the district court's order granting summary judgment in favor of her former employer in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Caudill v. CCBCC, Inc., 651 F. Supp. 2d 499 (S.D. W. Va. 2009); see also Wahi v. Charleston Area Med. Ctr., Inc., 562 F.3d 599, 617 (4th Cir. 2009) ("[A] plaintiff may not raise new claims after discovery has begun without amending [her] complaint.") (collecting cases from other circuits adopting rule), cert. denied, 130 S. Ct. 1140 (2010); Swears v. R.M. Roach & Sons, __ S.E.2d __, 2010 WL 1839408 (W. Va. 2010) (setting forth elements of wrongful discharge claim based upon violation of substantial public policy). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED